Ritter *v.* Stevenson.

It will be seen by applying the principle thus laid down to the instruction as qualified, that the Court below erred in refusing the instruction in the original form, which gives the exact rule of damages, and also erred in allowing the qualification; for the qualification, in fact, allows the jury to give damages for supposed *injury indirectly resulting to the owner* by the trespass, instead of confining it to the injury done him immediately by taking the property; the legal standard of that injury being, in such cases as this, its value with interest. We do not think the other points of appellant well taken. It is not necessary for us to enter into, nor do we intimate any opinion on the facts.

Judgment reversed and cause remanded.

---

## RITTER *v.* STEVENSON.

For the points decided in this case, see 7 Cal. Rep. 388.

APPEAL from the District Court of the Fourth Judicial District, County of San Francisco.

This case was before this Court and decided at the April Term, 1857, (see 7 Cal. 388)

*Shafters, Park & Heydenfeldt* for Appellant.

*E. Cook* for Respondent.

TERRY, C. J., delivered the opinion of the Court—BALDWIN, J., concurring.

This case has been heretofore decided by this Court upon the same statement of facts, and that decision has become the law of the case.

Judgment affirmed.